ORDER
PER CURIAM:
On August 9, 1999, a panel issued an opinion in this appeal, affirming a July 26, 1996, Board of Veterans’ Appeals decision that denied an effective date earlier than March 1, 1993, for award and payment of death pension benefits. On November 24, 1999, the appellant, through counsel, filed a motion for a full Court decision.
Motions for a full Court decision are not favored. Ordinarily they will not be granted unless such action is necessary to secure or maintain uniformity of the Court’s decisions or to resolve a question of exceptional importance. In this appeal, the appellant has not shown that either basis exists to warrant a full Court decision.
*306 Upon consideration of the foregoing, the record on appeal, and the appellant’s motion for a full Court decision, it is .
ORDERED that the motion for a full Court decision is DENIED.